UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BERGER, an individual, R. BERGER & ASSOCIATES, INC., a California corporation, and KBCH CONSULTANTS, INC., a California corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>DAVID HERNANDEZ, an individual, and DOES 1-10,<br><br>        Defendants. | Case No. 2:25-CV-03133-JAM-CKD<br><br>**RELATED CASE ORDER** |
| KEVIN BERGER, an individual, and YELLOWCAKE INC., a California corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>DAVID HERNANDEZ, an individual, and DOES 1-10,<br><br>        Defendants. | Case No. 2:25-CV-03236-DJC-AC |

Before this Court is Defendant David Hernandez's Notice of Related Cases, filed in both above-captioned cases. See 2:25-CV-03133-JAM-CKD, ECF No. 10; 2:25-CV-03236-DJC-AC, ECF No. 9. Plaintiffs in each case filed oppositions to the cases being related. Id. at ECF Nos. 16 and 10, respectively.

Examination of the above-entitled actions reveals that these

1

1  actions are related within the meaning of Local Rule 123 (E.D. Cal.
2  2005).  As detailed in Defendant's filings, both matters involve
3  the same parties and are based on a similar claim.  E.D. Cal. L.R.
4  123(a)(1).  Plaintiffs' conclusory claims that there are different
5  entities or events involved is unpersuasive, especially given the
6  substantial overlap in the events and questions of fact, including
7  a number of paragraphs in the complaints containing nearly
8  identical allegations and details.  If these matters were not
9  related, "it would entail substantial duplication of labor if []
10 heard by different Judges or Magistrate Judges."  Id. at 123(a)(4).
11 Accordingly, the assignment of the matters to the same judge and
12 magistrate judge is likely to affect a substantial savings of
13 judicial effort and is also likely to be convenient for the
14 parties.
15      The parties should be aware that relating the cases under
16 Local Rule 123 merely has the result that these actions are
17 assigned to the same judge and magistrate judge; no consolidation
18 of the actions is effected.  Under the regular practice of this
19 court, related cases are generally assigned to the judge and
20 magistrate judge to whom the first filed action was assigned.
21      IT IS THEREFORE ORDERED that the actions denominated
22 2:25-CV-03236-DJC-AC be reassigned to Senior Judge John A. Mendez
23 and Magistrate Judge Carolyn K. Delaney for all further
24 proceedings, and any dates currently set in this reassigned case
25 only are hereby VACATED.  Henceforth, the caption on documents
26 filed in the reassigned case shall be shown as 2:25-CV-03236-JAM-
27 CKD.
28 ///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: December 17, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE